| Date | Pleading Number | |
|---|---|---|
| 3/20/74 | 1. | MOTION -- plaintiff Eidth Mary Hope -- w/supporting brief and affidavit of service. 2 cases only. |
| | | REQUESTED TRANSFEREE FORUM: C.D. California |
| 3/22/74 | | Supplemental certificate of service (att'd to original motion) |
| 3/29/74 | 2 | KALINSKY response to motion w/cert. of service (memo in opposition to) |
| 3/29/74 | 3 | KALINSKY motion and brief to transfer actions to the E.D. New York for coordinated or consolidated pretrial proceedings w/brief and cert. of service. |
| 4/1/74 | | HEARING ORDER setting A-1 and A-2 for hearing on April 26, 1974 Washington, D.C. |
| 4/2/74 | 4 | MOVANT Edith Mary Hope amendment to motion to include A-3 and A-4 |
| 4/3/74 | | ORDER - amending hearing order to include A-3 and A-4. Also order amended to include Kalinsky motion to transfer actions to the E.D.N.Y. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Notified counsel |
| 4/9/74 | 5 | Edith Mary Hope supplemental memorandum |
| 4/15/74 | 6 | Supplemental Memo in support of Kalinsky motion |
| 4/15/74 | 7 | McDonnell Douglas response to motions w/cert. of service |
| 4/15/74 | 8 | Flanagan, Wilcox and Neill response to motion or notice of motion with supporting averments w/cert. of service. |
| 4/17/74 | 10 | UNITED STATES, Memorandum on Opposition to Motion w/cert. of service. |
| 4/18/74 | 9 | TURK HAVA response to motion w/cert. of service |
| 4/22/74 | 11 | Plaintiffs Campbell and Wright motion and brief, to add actions and to consolidate in the C.D. Calif. w/cert. of service |
| 4/24/74 | 12 | Plaintiffs Campbell & Wright Memorandum of Points & Authorities w/ svc. c |
| 4/24/74 | 13 | Interseeted English parties motion of referral of actions to C.D. Calif. w/certificate of service. |
| 4/25/74 | 14 | Turk Hava Yollari supplemental response to motion w/cert. of service |
| 4/25/74 | 15 | Edith Mary Hope second supplemental memo w/cert. of service |
| 4/25/74 | 16 | Edith Mary Hope amendment to motion |
| 4/26/74 | 17 | McDonnell Douglass Corp. memorandum in opposition to motion of Flanagan, et al. w/cert. of service. |
| 5/13/74 | 18 | Papers from plaintiffs counsel in Central California stating status of litigation |
| 6/6/74 | | OPINION AND ORDER transferring E.D.N.Y. action 74C441 and S.D. N.Y. action 74 Civ. 1415 to the C.D. of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 for assignment to Judge Peirson M. Hall. |
| 6/6/74 | | CONSENT OF JUDGE STEPHENS for JUDGE HALL to handle litigation pursuant to 28 U.S.C. §1407 in the Central District of California |
| 6/21/74 | | A. Stuart Case v. McDonnell Doughas , W.D. Washington C-74-308S |
| | | McCulloch Campbell v. McDonnell Douglas, et al., N. Cal C-74-0824 |
| | | Marie S. Wright v. McDonnell Douglas Corp., N. Cal C74 0825 |
| | | McCulloch Campbell v. McDonnell Douglas Corp., N. D Cal, C74-0826 |
| | | McCulloch Campbell v. McDonnell Douglas, N.Cal C74-828 |
| | | McCulloch Campbell v. McDonnell Douglas, N. Ca. C74-0827 |
| | | CTOs entered today. Notified counsel, involved judges |
| 7/9/74 | | McCulloch Campbell v. McDonnell Douglas, N.Calif., (5 actions) C74-824; C74-826; C74-828; and C74-827 |
| | | Marie S. Wright v. McDonnell Douglas Corp., N. Calif, C74-825 |
| | | A. Stuart Case v. McDonnell Douglas Aircraft, W.D. Wash C74-308S |
| | | CTOs final today. Notified involved judges, clerks. |
| 9/23/74 | | HAYAL BERKOZ, ETX., ET AL. V. MCDONNELL DOUGLAS CORP., E.D.VA. 457-74-A SCO entered today. Notified counsel, involved judges. |

CONTINUED ON PAGE 2

| Date | Pleading Number | |
|---|---|---|
| 10/8/74 | 19 | MEMO BRIEF IN RESPONSE -- Plaintiff Berkoz w/cert. of service |
| 10/9/74 | 20 | RESPONSE & BRIEF -- Defendant McDonnell Douglas Corp. w/service on plaintiff's counsel only. |
| 10/30/74 | | HEARING ORDER _ Setting (B-7) for hearing Hayal Berkoz, etc., et al. v. McDonnell Douglas Corp., E.D. Va., 457-74-A Order to Show Cause why action should not be transferred, November 22, 1974, Washington, D. C. |
| 1/8/75 | | HAYAL BERKOZ V. MCDONNELL DOUGLAS, E.D.VA. 457-74-A OPINION AND ORDER transferring action to the C.D. California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 2/10/75 | | RAMIZ VEYSEL EGELI, ETC. V. MCDONNELL DOUGLAS, E.D.VA., 19-75-A CTO filed today. Notified counsel, involved judge. |
| 2/21/75 | | RAMIZ VEYSEL EGELI, ETC. V. MCDONNELL DOUGLAS, E.D.V.A 19-75-A PLAINTIFFS NOTICE OF OPPOSITION -- Notified plaintiffs liaison counsel, involved counsel |
| XXXXX | | XX&XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 3/4/75 | | ERGNEKRON, ETC. V. MCDONNELL DOUGLAS CORP., E.D.VA., 85-75A Letter from Counsel for Plaintiff desiriring that the Ergnekron action beconsidered with the Egeli action w/Notice of Opposition filed on 2/21/75 |
| 3/5/75 | | ORDER -- Amending Conditional Transfer order filed on Feb. 10, 1975 to include the action entitled Hayriye Ergnekron, etc. v. McDonald Douglas Corp., E.D.Va., C.A. No. 85-75A Notified counsel |
| 3/5/75 | | EGELI, ETC. V. MCDONNELL DOUGLAS CORP., E.D.VA., 19-75A ERGNEKRON V. MCDONNELL DOUGLAS CORP., E.D.VA., 85-75A Hearing Order filed -- Dallas, Texas, March 21, 1975 Notified counsel, involved judges. |
| 3/10/75 | 21 | (EGELI, & ERGNEKRON) MOTION AND BRIEF -- Plaintiff to Vacate CTO w/cert. of service |
| 3/13/75 | 22 | RESPONSE -- MCDONNELL DOUGLAS CORP.W/cert. of service |
| 3/18/75 | | WITHDRAWAL OF OPPOSITION --Counsel for plaintiffs EGELI and ERGNEKRON |
| 3/18/75 | | ORDER -- Lifting Stay of Feb. 10 Conditional Transfer Order and March 5 Amendment and transferring actions to C.D. Calif under 28 U.S.C. §1407 -- ALSO amended hearing order to strike the hearing set in the two above actions. |
| 11/9/76 | | ORDER -- Assigning Judge Manuel L. Real to hanldle litigation jointly with Judge Hall under 28 U.S.C. §1407 |
| 12/22/76 | 23 | B-10 HUSEYIN MUSTAFA, ET AL. V. MCDONNELL DOUGLAS CORP., ET AL., S.D.N.Y. C.A. NO. 75 Civ. 4077 MOTION, BRIEF, CERT OF SERVICE -- To transfer action to C.D. Calif. |
| 2/3/77 | | WITHDRAWAL OF MOTION -- Plaintiff Mustafa |
| 2/3/77 | | B-10 -- HUSEYIN MUSTAFA, ET AL. V. MCDONNELL DOUGLAS CORP., ET. AL. S.D.N.Y., 76 Civ. 4077 -- CTO FILED TODAY. Notified counsel involved judges |
| 2/22/77 | | B-10 Huseyin Mustafa, et al. v. McDonnell Douglas Corp., et al.,S.D.N.Y., 76 Civ. 4077. CTO final today, Notified involved counsel and judges. |

"O.&O, June 6, 1974 336
O&O 1/8/75 386 F.Supp. 1404
DOCKET NO. 172 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

172

## Description of Litigation

**IN RE AIR CRASH DISASTER AT PARIS, FRANCE, ON MARCH 3, 1974**

### Summary of Panel Action

Date(s) of Hearing(s) **4/26/74**

Date(s) of Opinion(s) or Order(s) **6/6/74**

Consolidation Ordered ✓    Name of Transferee Judge ~~Pierson M.~~ Hall and Manuel L. Real

Consolidation Denied ____   Transferee District C.D.Calif.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edith Mary Hope, etc. v. McDonnell Douglas Corp. | C.D.Cal. | CV-74-698-~~AAH~~ PMH | ~~6/6/74~~ ✓ |  | 1/19/77 | 3/20/74 Mot. Pltf. Hope |
| A-2 | Doris Leah Kalinsky, etc. v. McDonnell Douglas Corp. | E.D.N.Y. Bruchhausen | 74 Civ.441 | 6/6/74 | CV-74-1687-RH | 2/1/80 | " |
| A-3 | Flanagan, Wilcox and Neill v. McDonnell Douglas Corp. | C.D. Cal | CV-74-808-~~RC~~ PMH |  |  | 3/27/80 dismissed | 4/2/74 Amend. |
| A-4 | Flanagan, Wilcox and Neill v. McDonnell Douglas Corp. | S.D.N.Y. Carter | 74 Civ 1415 | 6/6/74 | dist C.Cal 7/1/74 Hall | S.D.N.Y. 6/30/74 Carter | 4/2/74 Amend. |
| A-5 | Incid Pekerol Marto v McDonnell Douglas Corp. | C.D.Cal. | CV 74-884 PH | ✓ |  | 10/15/76 | 4/25/74 Mot. Amend. Pltf. Hope |
| A-6 | June Gottlieb Safran, etc. v. McDonnell Douglas Corp. | C.D.Cal | CV 74 962 PH |  |  | 4/23/74 | " |
| A-7 | Odette Durand Pauly, etc. v. McDonnell Douglas Corp. | C.D.Cal. | CV 74 1034 HP | ✓ |  | 4/11/77 | " |
| A-8 | Kamran Cagatay, etc. v. McDonnell Douglas Corp. | C.D. Cal | CV 74 1114 HP |  |  | 6/5/79 | " |
| A-9 | Gary Sidney Ryan, etc. v. McDonnell Douglas Corp. | C.D. Cal | CV 74 1115 HP | ✓ |  | 2/15/77 | " |
| A-10 | Reginald William Gillman, etc. v. McDonnell Douglas Corp. | C.D.Cal | CV 74 1116 HP | ✓ |  | 7/7/76 | " |

all cases assigned to J. Hall ~~Borky~~ by J. Hall for all purposes (see P.T. file)

DOCKET NO. 172 (CONTINUED)       PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Sylvia Conway, etc. v. McDonnell Douglas Corp. | C.D.Cal. | CV 74-1113 PH | ✓ | | 9/12/76 | 4/25/74 Mot. Amend. Pltf. Hope |
| XYZ-1 | Claudine Reynaud, v. McDonnell Douglas Corp., | C.D.Cal Hall | CV 74 1363 | ✓ | | 7/18/77 | |
| XYZ-2 | Ann Woods v. McDonnell-Douglas | C.D.Cal. | CV 74 1513 | ✓ | | 5/23/77 | |
| XYZ-3 | Carol Yvonne Ware v. McDonnell-Douglas Co. | C.D. Cal | CV 74-1515 | ✓ | | 2/3/77 | |
| XYZ-4 | Debra Martine Sorkin v. McDonnell Douglas Corp. | C.D. Cal | CV 74 1517 | ✓ | | 5/10/77 | 4/11/80 D |
| XYZ-5 | Turkish Airlines, Inc. v. McDonnell Douglas Corp. | C.D. Cal | CV 74 1526 | | | | Dismissed |
| B-1 | A. Stuart Case v. McDonnell Douglas Aircraft Co., et al 6/21/74 | W.D.Wash Sharp | C74-308S | 7/9/74 | 74-2007-PH | 6/5/79 | |
| B-2 | McCulloch Campbell v. McDonnell Douglas Corp., et al. 6/21/74 | N.D.Cal | C74 824-AJZ | 7/9/74 | 74-2002-PH | 6/5/79 | |
| B-3 | Marie S. Wright, v. McDonnell Douglas Corp., et al. 6/4/74 | N.D.Cal | C74 825-AJZ | 7/9/74 | 74-2003-PH | | |
| B-4 | McCulloch Campbell v. McDonnell Douglas Corp., et al. 6/21/74 | N.D. Cal | C74 0826-RHS | 7/9/74 | 74-2004-PH | | |
| B-5 | McCulloch Campbell v. McDonnell Douglas Corp., et al. 6/21/74 | N.D.Cal | C74-0828-SW | 7/9/74 | 74-2005-PH | | |
| B-6 | McCulloch Campbell v. McDonnell Douglas Corp., et al. 6/21/74 | N.D.Cal | C74-0827-SW | 7/9/74 | 74-2006-PH | | |
| XYZ-6 | June Gottlieb Safran, etc. v. Turkish | C.D.Cal | CV74-1765-PH | | | 10/13/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-7 | Liliana M. Pernia, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | CV74-2065 | ✓ | | 1/24/79 | |
| XYZ-8 | Shirley Russell Backhouse, etc. v McDonnell Douglas Corp., et al. | C.D.Cal. Hall | CV74-1993 | | open | 2/21/80 | reopened |
| XYZ-9 | A. Stuart Case, etc. v. Turk Hava Yollari | C.D. Cal Hall | CV74-2140-PH | | | 6/5/79 | |
| XYZ-10 | Elizabeth Hanessan, etc. v. Turk Hava Yllalri, etc. | C.D.Cal | CV 74-2401 | | | 9/3/76 | |
| XYZ-11 | Margaret Jackson, etc. v. McDonnel Douglas | C.D.Cal | CV-74-1514 | ✓ | | 4/7/77 | |
| XYZ-12 | Doris Leah Kalinsky, etc. v. McDonnell Douglas | C.D.Calif | CV-74-3440-PH | | | 6/5/79 | |
| B-7 | Hayal Berkoz, etc., et al. v. McDonnell Douglas Corp. 1500 9/23/74 | E.D.Va. Bryan | 457-74-A | 1/8/75 | CV75-123-PH | 3/3/80 | |
| B-8 | Ramiz Veysel Egeli, etc. v. McDonnell Douglas Corp. 2/10/75 OPPOSED | E.D.Va. | 19-75-A | 3/18/75 | CV-75-1239-PH | | dismissed |
| B-9 | Hayriye Ergnekron, etc. v. McDonnell Douglas Corp. | E.D.Va. | 85-75A | 3/18/75 | CV-75-1238-PH | 6/13/77 | |
| XYZ-13 | Natalie Martin, etc. v. Turk Hava Yollari | C.D.Cal | 75-2751-PH | | | 9/28/77 | |
| XYZ-14 | Fatimata Sy, et al. v. McDonnell Douglas | C.D. Cal | 75-2750-PH | | | 9/28/77 | |
| XYZ-15 | Gordon McGinley, etc. v. U.S.A. | C.D.Cal | 75-3607-PH | | | 1/12/77 | |
| XYZ-16 | Amable Pumar, etc. v. McDonnell Douglas, et al. | C.D.Cal | 75-3626-PH | | | 10/31/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-17 | Ba Nguyen Thi, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal | CV75-3750-PH | | | 3/9/77 | |
| XYZ-18 | Leonard Donald Collen, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal | CV76-324-PH | | | 3/9/77 | |
| XYZ-19 | Janet Keightley, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. | CV75-455-PH | | | 4/6/76 | |
| XYZ-20 | David John Winterton, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal | CV75-429-PH | | | 4/6/76 | |
| XYZ-21 | François Malhortie DePellegars, et al. v. McDonnell Douglas Corp. | C.D.Cal | CV75-738-PH | | | 7/13/79 | remanded |
| XYZ-22 | Sandra M. Riley, et al. v. McDonnell Douglas Corp., et al. | C.D. Cal | CV75-427-PH | | | 4/20/76 | |
| XYZ-23 | Jane Denise Fripp v. McDonnell McDonnell Douglas Corp. | C.D. Cal | CV741261 | | | 6/5/79 | |
| XYZ-24 | Flanagan, Wilcon et al. v. McDonnell Douglas Corp. | C.D. Cal | CV-74-1690 | | | 7/17/74 | |
| XYZ-25 | Nora Mary Griffin et al. v. McDonnell Douglas Corp et al. | C.D. Cal | CV743603 | | | 6/5/79 | |
| XYZ-26 | Romana Hunt v. McDonnell Douglas Corp. | C.D. Cal | CV-74-3638 | | | 8/17/76 | |
| XYZ-27 | Robert Harrison Brown Et al. v. McDonnell Dougklas et al. | C.D. Cal | CV74-3678 | | | 9/12/74 | |
| XYZ-28 | Gordon McGinley et al. v. McDonnell Douglas Corp. | C.D. Cal | CV74-3771 | | | 1/4/77 | |
| XYZ-29 | Diane Margaret Shuttle v. McDonnell Douglas Corp,. et al | C.D. Cal | CV75-14 PH | | | 11/30/76 | |
| XYZ-30 | Roberts, Garfield et al v. McDonnell Douglas et al | C.D. Cal | CV75-15 | | | 2/28/77 | |
| XYZ-31 | Stanley Brine, et al. v. McDonnell Douglas et al. | C.D. Cal | CV-75-16PH | | | 6/5/79 | |
| XYZ-32 | Florence Dixon v. McDonnell Douglas | C.D. Cal. | CV75-17-PH | | | 11/29/76 | |
| XYZ-33 | George Burnet et al. v. McDonnell Douglas | C.D. Cal | CV-75-18PH | | | 3/8/77 | |
| XYZ-34 | Herbert Reay et al. v. McDonnell Douglas et al. | C.D. Cal | CV75-19 | | | 11/30/76 | 19 |
| XYZ-35 | Alfred Slater et al v. McDonnell Douglas et al | C.D. Cal | CV75-20PH | | | 3/8/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-36 | Alfred John Slater et al v. McDonnell Douglas Corp. et al | C.D. Cal | 75-21 PH | ✓ | | 3/8/77 | |
| XYZ-37 | Alfred John Slater et al. v. McDonnell Douglas et al | C.D. Cal | 75-22PH | ✓ | | 3/8/77 | |
| XYZ-38 | Cyril Edmund Coult et al v. McDonnell Douglas Corp. et al | C.D. Cal | 75-52-PH | ✓ | | 11/30/76 | |
| XYZ-39 | Leonard Addis et al. v. McDonnell Douglas et al | C.D. Cal | 75-53 PH | ✓ | | 9/23/76 | |
| XYZ-40 | Elsie Dullforce et al. v. McDonnell Douglas et al. | C.D. Cal | 75-54-PH | ✓ | | 10/22/76 | |
| XYZ-41 | Constance Price et al. v. McDonnell Douglas et al | C.D. Cal | 75-55-PH | ✓ | | 6/16/76 | |
| XYZ-42 | Vera Fontana et al. v. McDonnell Douglas Corp. et al | C.D. Cal | 75-56 " | ✓ | | 2/28/77 | |
| XYZ-43 | Berry Blair et al. v. McDonnell Douglas Corp. et al. | C.D. Cal | 75-57 " | ✓ | | 12/21/76 | |
| XYZ-44 | Margaret Kendal v. McDonnell Douglas | C.D. Cal | 75-58 " | ✓ | | 9/18/77 | |
| XYZ-45 | William Connelly v. McDonnell Douglas et al | C.D. Cal | 75-59 " | ✓ | | 3/8/77 | |
| XYZ-46 | Doreen Mary Wallis v. McDonnell Douglas Corp. et al | C.D. Cal | 75-60 PH | ✓ | | 6/3/77 | |
| XYZ-47 | Victoria Louise Sanders v. McDonnell Douglas Corp. | C.D. Cal | 75-61 | ✓ | | 9/8/77 | |
| XYZ-48 | Margaret McMeekin v. McDonnell Dougals Corp. | C.D. Cal | 75-66 | ✓ | | 1/18/77 | |
| XYZ-49 | Constance J. Chard v. McDonnell Douglas et al | C.D. Cal | 75-252-PH | ✓ | | 12/15/76 | |
| XYZ-50 | Peter J. Seager v. McDonnell Douglas et al | C.D. Cal | 75-253 | ✓ | | 6/4/76 | |
| XYZ-51 | Maureen Filipkiewica v. McDonnell Douglas et al. | C.D. Cal | 75-254 | ✓ | | 9/3/76 | |
| XYZ-52 | Paul Bouhadana v. McDonnell Douglas et al | C.D. Cal | 75-255 | ✓ | | 2/2/77 | |
| XYZ-53 | Peter Robin Dickman et al. v. McDonnell Douglas et al | C.D. Cal | 75-256 | ✓ | | 9/6/77 | |
| XYZ-54 | Roberta Tomlin v. McDonnell Douglas et al | C.D. Cal | 75-257 | ✓ | | 9/3/76 | |
| XYZ-55 | Christine Janet E. Morris v. McDonnell Douglas | C.D. Cal | 75-258 | ✓ | | 6/5/79 | |
| XYZ-56 | Thomas Cain et al v. McDonnell Douglas et al. | C.D. Cal | 75-259 | ✓ | | 9/3/76 | |
| XYZ-57 | Mireille Casado et al. v. McDonnell Doulgas Corp. et al. | C.D. Cal | 75-260 | ✓ | | 12/28/76 | X |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-58 | David Morris et al. v. McDonnell Douglas et al | C.D. Cal | 75-261 | | | 6/4/76 | |
| XYZ-59 | Victor Maney v. McDonnell Douglas Corp. et al | C.D. Cal. | 75-262 | | | 6/4/76 | |
| XYZ-60 | Francoise Ranger v. McDonnell Douglas et al. | C.D. Cal | 75-263 | | | 4/29/77 | |
| XYZ-61 | Peter J. Seager et al v. McDonnell Douglas Crop. et al. | C.D. Cal. | 75-264-PH | | | 2/2/77 | |
| XYZ-62 | Bernard Levet et al. v. McDonnell Douglas Corp. | C.D. Cal. | 75-265-PH | | | 9/23/76 | |
| XYZ-63 | Thomas Hillman et al. v. McDonnell Douglas Corp. Et al. | C.D. Cal | 75-266-PH | | | 7/12/76 | |
| XYZ-64 | Mireille Casado et al. v. McDonnell Douglas Corp. et al. | C.D. Cal. | 75-267-PH | | | 12/22/76 | |
| XYZ-65 | Mireille Casado et al. v. McDonnell Douglas et al. | C.D. Cal. | 75-268 | | | 12/28/76 | |
| XYZ-66 | Altinay, Umimuhan Seniha v. McDonnell Douglas et al. | C.D. Cal | 75-270 | | | 2/23/78 | |
| XYZ-67 | Gordon McGinley et al. v. McDonnell Douglas et al | C.D. Cal. | 75-374-PH | | | 6/5/79 | |
| XYZ-68 | Direction Deptmentable et al v. McDonnell Dougals et al. | C.D. Cal | 75-1585 | | | 2/28/77 | |
| XYZ-69 | Diane Margaret Shuttle v. McDonnell Douglas et al. | C.D. Cal. | 75-418-PH | | | 11/29/76 | |
| XYZ-70 | AnJana Ashok Shah et al v. M McDonnell Douglas et al | C.D. Cal | 75-419-PH | | | 4/5/79 | |
| XYZ-71 | Margaret Joan Cornish v. McDonnell Douglas et al | C.D. Cal. | 75-420 | | | 10/15/76 | |
| XYZ-72 | Susan Ellis et al. v. McDonnell Douglas et al | C.D. Cal. | 75-421 | | | 9/23/76 | |
| XYZ-73 | Beryl Iris Coussens v. McDonnell Douglas et al. | C.D. Cal. | 75-422 | | | 10/14/77 | |
| XYZ-74 | Catherine Imelda Withers v. McDouglas et al. | C.D. Cal. | 75-423 | | | 12/21/76 | |
| XYZ-75 | Gwendoline Kitty Clare Boyle McDonnell Douglas et al | C.D. Cal | 75-424 | | | 11/30/76 | |
| XYZ-76 | Philip John Byatt et al v. McDonnel Douglas Corp. et al. | C.D. Cal | 75-425 | | | 6/9/76 | |
| XYZ-77 | Maria Muller v. McDonnell Douglas et al. | C.D. Cal | 75-426 | | | 8/20/76 | |
| XYZ-78 | Harry Arthur Milne et al v. McDonnell Douglas Corp. | C.D. Cal | 75-428 | | | 2/28/76 | |
| XYZ-79 | Sally Ann Cowell v. McDonnell Douglas et al. | C.D. Cal | 75-430 | | | 9/3/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-80 | Sandra Karina Arthur v. McDonnell Douglas | C.D. Cal | 75-431 | | | 9/23/76 | |
| XYZ-81 | Patricia Ann Morley v. McDonnell Douglas et al | C.D. Cal | 75-432 | | | 9/6/77 | |
| XYZ-82 | Erhan Akbulut v. McDonnell Douglas et al | C.D. Cal | 75-433 | | | 9/17/76 | |
| XYZ-83 | Raymond Leonard Bryant et al v. McDonnell Douglas et al | C.D. Cal | 75-434 | | | 11/30/76 | |
| XYZ-84 | William Albert Woolvett v. McDonnell Douglas | C.D. Cal | 75-435 | | | 6/9/76 | |
| XYZ-85 | Patricia Whitehead v. McDonnell Douglas | C.D. Cal. | 75-436 | | | 10/5/76 | |
| XYZ-86 | Frederick Portch et al v. McDonnell Douglas | C.D. Cal. | 75-437 | | | 2/16/77 | |
| XYZ-87 | Frederick William Ernest Walsh et al. v. McDonnell Douglas | C.D. Cal | 75-438 | | | 10/5/76 | |
| XYZ-88 | Geoffrey Raymond et al v. McDonnell Douglas | C.D. Cal | 75-439 | | | 9/17/76 | 100 |
| XYZ-89 | Basil Dunsford Dottridge et al v. McDonnell Douglas | C.D. Cal | 75-440 | | | 12/1/77 | |
| XYZ-90 | Bertie Smith et al. v. McDonnell Douglas et al | C.D. Cal | 75-441 | | | 11/30/76 | |
| XYZ-91 | Howard John Rogers et al v. McDonnell Douglas | C.D. Cal | 75-442 | | | 11/30/76 | |
| XYZ-92 | William Charles Williams et al v. McDonnell Douglas | C.D. Cal | 75-443 | | | 2/28/77 | |
| XYZ-93 | Howard John Rogers et al v. McDonnell Douglas | C.D. Cal | 75-444 | | | 11/30/76 | |
| XYZ-94 | Margaret Rose Wardley v. McDonnell Douglas | C.D. Cal | 75-445 | | | 2/15/77 | |
| XYZ-95 | Alec Frank King et al v. McDonnell Douglas et al | C.D. Cal | 75-446 | | | 8/30/76 | |
| XYZ-96 | Indu Rasiklal Kothary v. McDonnell Douglas | C.D. Cal | 75-447 | | | 7/13/79 | |
| XYZ-97 | Mohamed Benabdallah Chaouni et al v. McDonnell Douglas | C.D. Cal | 75-448 | | | 6/23/77 | |
| XYZ-98 | Erhan Akbulut v. McDonnell Douglas et al | C.D. Cal | 75-449 | | | 9/17/76 | |
| XYZ-99 | Albert Arditti et al v. McDonnell Douglas | C.D. Cal | 75-450 | | | 6/25/79 | |
| XYZ-100 | Margaret Lewis et al v. McDonnell Douglas et al | C.D. Cal. | 75-451 | | | 6/5/79 | 22 |
| XYZ-101 | Frederick V. Want v. McDonnell Douglas et al | C.D. Cal | 75-452 | | | 11/30/76 | |

DOCKET NO. 172 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

8

## Description of Litigation

### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied _____   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-102 | Albert Arditti et al v. McDonnell Douglas | C.D. Cal | 75-453 | | | 6/25/79 | |
| XYZ-103 | Joseph Peart et al v. McDonnell Douglas et al | C.D. Cal | 75-454 | | | 9/8/77 | |
| XYZ-104 | Avram Levi Ime et al v. McDonnell Douglas et al | CD. Cal | 75-456 | | | 9/3/76 | |
| XYZ-105 | Wendy Valerie Tilborrk et al v. McDonnell Douglas et al. | C.D. Cal | 75-457 | | | 11/29/76 | |
| XYZ-106 | Hayriye Ergenekon v. McDonnell Douglas et al | C.D. Cal | 75-507 | | | 6/3/77 | |
| XYZ-107 | Shigeo Horiya v. McDonnell Douglas et al | C.D.Cal | 75-517 | | | 7/21/77 | |
| XYZ-108 | Natalie Martin et al. v. Turk Hava yollart | C.D. Cal | 75-518 | | | 7/21/77 | |
| XYZ-109 | Geraldine L. Flanagan v. et al v. Turk Hava Yölllari | C.D. Cal | 75-519 | | | 3/4/80 | |
| XYZ-110 | Raymond L. Hart et al v. McDonnell Douglas et al | C.D.Cal | 75-520 | | | 9/3/76 | |
| XYZ-111 | Halit Nami Hidir et al v. McDonnell Douglas et al | C.D. Cal | 75-521 | | | 11/30/76 | |
| XYZ-112 | Natalie Martin et al v. Turk Hava Yollari | C.D. Cal | 75-522 | | | 11/30/76 | |
| XYZ-113 | Elizabeth Hanessian et al v. McDonnell Douglas et al | C.D. Cal | 75-523 | | | 9/3/7 | |
| XYZ-114 | Natalie Martin v. Turk hava Yollari | C.D. Cal | 75-524 | | | 8/4/77 | |
| XYZ-115 | John Mckinlay Norcliffe Roberts et al v. McDonnell Douglas et al | C.D. Cal | 75-525 | | | 8/11/77 | |
| XYZ-116 | Ronald L. Smith et al v. McDonnell Douglas et al. | C.D.Cal | 75-526 | | | 11/9/77 | |
| XYZ-117 | John Peter Sworder v. McDonnell Douglas et al | C.D.Cal | 75-529 | | | 9/3/76 | |
| XYZ-118 | Jo Sazton v. McDonnell Douglas et al | C.D Cal | 75-583 | | | 3/27/80 | |

DOCKET NO. 172 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied _____   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-119 | Mehmet ali Cetin et al. v. McDonnell Douglas et al | C.D.Cal | 75-626 | | | 9/23/76 | |
| XYZ-120 | Margaret Grace Paul v. McDonnell Douglas et al | C.D. Cal | 75-627 | | | 10/14/77 | |
| XYZ-121 | Jan Klod Cizravi v. McDonnell Douglas et al | C.D.Cal | 75-628 | | | 10/14/77 | |
| XYZ-122 | Renee Lerendu v. McDonnell Douglas et al | C.D. Cal | 75-629 | | | 2/18/77 | |
| XYZ-123 | William Charles Williams et al v. McDonnell Douglas et al | C.D. Cal | 75-630 | | | 2/28/77 | |
| XYZ-124 | Josephina Anna Caroline Hayes v. McDonnell Douglas et al | C.D. Cal | 75-631 | | | 1/14/77 | |
| XYZ-125 | John Gilbert Frederick Rynsard et al McDonnell Douglas et al | C.D. Cal | 75-632 | | | 1/18/77 | |
| XYZ-126 | Sheila Rosemay Pain v. McDonnell Douglas et al | C.D. Cal | 75-633 | | | 3/8/77 | |
| XYZ-127 | Peter Robin Dickman et al v. McDonnell Douglas et al | C.D. Cal | 75-634 | | | Dismissed 5/30/80 closed. | |
| XYZ-128 | Albert Edward Henry Jones v. McDonnell Douglas et al | C.D. Cal | 75-635 | | | 10/22/76 | |
| XYZ-129 | Janet Patricia Marriage v. McDonnell Douglas et al | C.D. Cal | 75-636 | | | 9/6/77 | |
| XYZ-130 | Constance Anne Zuelchaur v. McDonnell Douglas et al | C.D. Cal | 75-637 | | | 1/8/77 | |
| XYZ-131 | Moiz Kohen v. McDonnell Douglas | C.D. Cal | 75-638 | | | 12/22/76 | |
| XYZ-132 | Richard Doran et al v. McDonnell Douglas et al | C.D. Cal | 75-639 | | | 12/28/76 | |
| XYZ-133 | Peter Robin Dickman et al v. McDonnell Douglas et al | C.D. Cal | 75-640 | | | 11/16/77 | |
| XYZ-134 | Victoria Rose Legge et al v. McDonnell Douglas et al. | C.D. Cal | 75-641 | | | 10/22/76 | |
| XYZ-135 | Frances Undine Gregson et al v. McDonnell Douglas et al | C.D. Cal | 75-642 | | | 12/15/76 | |

17

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-136 | Madelene Bernard Annemarie et al v. McDonnell Douglas et al | C.D. Cal | 75-643 | | | 9/23/76 | |
| XYZ-137 | Aubrey Abraham Bressloff et al v. McDonnell Douglas et al | C.D. Cal | 75-645 | | | 2/25/77 | |
| XYZ-138 | Yosef Uziyel et al v. McDonnell Douglas et al | C.D. Cal | 75-646 | | | | |
| XYZ-139 | Yosef Uziyel et al v, McDonnell Douglas et al | C.D. Cal | 75-647 | | | 9/8/77 | |
| XYZ-140 | Kathleen Mary Sargeant v. McDonnell Douglas et al. | C.D.Cal | 75-648 | | | 9/8/77 | |
| XYZ-141 | Julia Rosamond Green v. McDonnell Douglas et al | C.D.Cal | 75-649 | | | 1/18/77 | |
| XYZ-142 | Alan Arnold Black v. McDonnell Douglas et al | C.D.Cal | 75-650 | | | 10/15/76 | 50 |
| XYZ-143 | Suzanne Renauldon De Pellegars v. McDonnell Douglas et al | C.D. Cal | 75-651 | | | 2/18/77 | |
| XYZ-144 | Jacques Poisson v. McDonnell Douglas et al | C.D. Cal | 75-652 | | | 10/15/76 | |
| XYZ-145 | James Percy Savidge et al v. McDonnell Douglas et al | C.D. Cal | 75-653 | | | 10/23/76 | |
| XYZ-146 | Anderson Amos Temba et al. v. McDonnell Douglas et al | C.D. Cal | 75-654 | | | 4/29/77 | |
| XYZ-147 | Martha H. Peterson v. NcDonnell Douglas etal | C.D. Cal | 75-655 | | | 7/2/76 | |
| XYZ-148 | Maruis Eugene Cassagnes et al v. McDonnell Douglas Corp. | C.D. Cal | 75-656 | | | 3/8/77 | |
| XYZ-149 | Gerald Arthur Townsend et al v. McDonnell Douglas et al | C.D.Cal | 75-657 | | | 3/9/77 | |
| XYZ-150 | Albert George Battle etal v. McDonnell Douglas | C.D.Cal | 75-658 | | | 2/25/77 | |
| XYZ-151 | Ronald Pfister et al v. McDonnell Douglas et al | C.D. Cal | 75-659 | | | 10/22/76 | |
| XYZ-152 | Simon Wormser et al . v. McDonnell Douglas et al | C.D.Cal | 75-660 | | | 3/9/77 | |
| XYZ-153 | Jose Carlos Leite Filho v. McDonnell Douglas et al | C.D. Cal | 75-661 | | | 6/5/79 | |
| XYZ-154 | Audrey Patricia Bradley et al v. McDonnell Douglas et al | C.D.Cal | 75-662 | | | 4/26/77 | |
| XYZ-155 | Elspeth Mary Bert v. McDonnell Douglas et al. | C.D. Cal | 75-663 | | | 6/5/79 | |
| XYZ-156 | Moiz Kohen v. McDonnell Douglas et al | C.D. Cal | 75-664 | | | 12/21/76 | |
| XYZ-157 | Jose Carlos Leite Filho v. McDonnell Douglas et al | C.D. Cal | 75-665 | | | 6/5/79 | 22 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-158 | Hilda Payman etal v. McDonnell Douglas et al | C.D.Cal | 75-666 PH | | | 1/26/77 | |
| XYZ-159 | Elizabeth Diana Llyod Rankin v. McDonnell Douglas et al | C.D. Cal | 75-667 | | | 10/14/77 | |
| XYZ-160 | Salih Yardimci et al v. McDonnell Douglas et al | C.D. Cal | 75-668 | | | 5/11/77 | |
| XYZ-161 | John Donald Morton McDonald et al v. McDonnell Douglas et al | C.D.Cal | 75-669 | | | 1/30/79 | |
| XYZ-162 | Francoise Annik Guille Druesne v. McDonnell Douglas et al. | C.D. Cal | 75-670 | | | 1/28/77 | |
| XYZ-163 | John Donald MOrton McDonald et al v. McDonald Douglas et al 75 | C.D. Cal | 75-671 | | | 1/30/79 | |
| XYZ-164 | Leonard Jomes Davis et al v. McDonnell Douglas et al | C.D.Cal | 75-672 | | | 11/30/76 | |
| XYZ-165 | Anderson Amos Temba Aunta et al v. McDonnell Douglas et al | C.D. Cal | 75-673 | | | 4/29/77 | |
| XYZ-166 q | Raymonde Donnat et al v. McDonnell Douglas et al | C.D. Cal | 75-674 | | | 9/23/76 | |
| XYZ-167 | Floriano Pecanha Dos Santos et al. v. McDonnell Douglas et al | C.D. Cal | 75-675 | | | 2/8/77 | |
| XYZ-168 | Jo Saxron v. McDonnell Douglas et al | C.D. Cal | 75-685 | | | 6/30/77 | |
| XYZ-169 | Jox Saxton v. McDonnall Douglsas v. McDonnell Douglas et al | C.D. Cal | 75-686 | | | 6/20/77 | |
| XYZ-170 | Jo Saxton v. McDonnell Douglas et al | C.D. Cal | 75-688 | | | 10/4/77 | |
| XYZ-171 | Mehmet Sabahattin Simsed et al v. McDonnell Douglas et al | C.D. Cal | 75-701 PH | | | 9/8/77 | |
| XYZ-172 | William C. Lemmer v. McDonnell Douglas et al | C.D. Cal | 75-702 | | | 7/8/76 | |
| XYZ-173 | Nebile Cebeci v. McDonnell Douglas et al. | C.D.Cal | 75-720 | | | 7/22/76 | |
| XYZ-174 | John Sankey Barbyshier et al v. McDonnell Douglas et al | C.D. Cal | 75-725 | | | 1/19/77 | |
| XYZ-175 | Peter Charles Osborne v. McDonnell Douglas et al | C.D. Cal | 75-726 | | | 1/19/77 | |
| XYZ-176 | Roshanara Lakhani v. McDonnell Douglas et al. | C.D. Cal | 75-727 | | | 5/19/77 | |
| XYZ-177 | Frances Adele Seranette Cowie v. McDonnell Douglas et al | C.D. Cal | 75-728 | | | 12/21/76 | |
| XYZ-178 | James Cacdonald Bland v. McDonnell Douglas et al. | C.D. Cal | 75-729 | | | 2/18/77 | |
| XYZ-179 | Penelope Singleton v. McDonnell Douglas et al | C.D. Cal | 75-730 | | dism | 7/8/78 | |
| XYZ-180 | Diana Harrison Stanton v. McDonnell Douglas et al | C.D. Cal | 75-731 | | | 1/4/77 | |
| XYZ-181 | Melkon Ortaagopian v. McDonnell Douglas et al | C.D. Cal | 75-732 | | | 9/23/76 | |

DOCKET NO. 172 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### Summary of Panel Action

Date(s) of Hearing(s): _____

Date(s) of Opinion(s) or Order(s): _____

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied _____   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-182 | Christopher Henry Woodine Parrish et al v. McDonnell Douglas et al | C.D.Cal | 75-733 | | | | |
| XYZ-183 | Jo Saxton v. McDonnell Douglas et al | C.D.Cal | 75-739 | | | 10/13/77 | |
| XYZ-184 | Jasemine Coussens et al. v. McDonnell Douglas et al | C.D. Cal | 75-765 | | | 10/14/77 | |
| XYZ-185 | Harriet Teague v. McDonnell Douglas et al. | C.D. Cal | 75-784 | | | | withdrawn |
| XYZ-186 | Harriet Teague v. McDonnell Douglas | C.D. Cal | 75-789 | | | | |
| XYZ-187 | Christine Arno v. McDonnell Douglas et al. | C.D. Cal | 75-790 | | | 7/8/78 | |
| XYZ-188 | Necati Oral et al v. McDonnell Douglas et al | C.D. Cal | 75-1347 | | | 10/13/77 | |
| XYZ-189 | Janet Paehlig, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal | 76-2989 | | | 3/28/77 | |
| B-10 | Huzeyin Mustafa, et al. v. McDonnell Douglas Corp., et al. 2/3/77 | S.D.N.Y., | 76 Civ. 4077 | | CV77-782-PH&R | 12/14/77 | |
| XYZ-190 | James Gordon Samuel Burris, etc., et al. v. McDonnell Douglas Corp., et al. | C.D.Cal | 77-0074 | | Certified July 1977 | 2/10/78 | Is 204 XYZ |
| XYZ-191 | Fazile Tezcan, etc. v. Muruvet Tezcan, et al. | C.D.Cal | 77-1166-PH | | | 216 135 | dis |
| XYZ-192 | Maria Pernias, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. | 76-3501-PH & R. | | | 1/30/78 | 81 P.dg |
| XYZ-193 | Hyseyin Mustafa, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal | 76-2559-PH&R | | | 12/14/77 | |
| XYZ-194 | Debra Martine Sorkin, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal | 74-1517-PH&R | | | 5/10/77 | 14 |
| ~~XYZ-195~~ | ~~Huseyin Mustafa v. McDonnell Douglas Corp., et al.~~ Dup see B-10 | C.D.Cal | 77-702-PH&R | | | | |

July 1979 - 12 TR-203 XYZ - 204 dis - 11 P.dg

DOCKET NO. 172 -- In re Air Crash Disaster at Paris France on March 3, 1974

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | The following cases appear on pages 3 and 12 | | | | | | |
| B-8 | Ramiz Veysel Egeli, etc. v. McDonnell Douglas Corp. (2/10/75) OPPOSED | E.D.Va. | 19-75-A | 3/18/75 | CV75-1239 | 6/20/80 | |
| XYZ-185 | Harriet Teague v. McDonnell Douglas Corp., et al. | C.D.Cal | 75-784 | | | 6/30/80 D | |

*July 1980 — 12 TR/203 XYZ/213 Dis/2 Pdg.*

*July 1981 — Closed*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 172 -- IN RE AIR CRASH DISASTER AT PARIS, FRANCE, ON MARCH 3, 1974

| No. | Plaintiff | Defendant |
|---|---|---|
| | PLAINTIFF'S LIAISON COUNSEL<br>  Wm. Marshall Morgan, Esquire<br>  1545 Wilshire Boulevard<br>  Suite 800<br>  Los Angeles, California  90017 | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 172 -- IN RE AIR CRASH DISASTER AT PARIS, FRANCE, ON MARCH 3, 1974

| Plaintiff | Defendant |
|---|---|
| EDITH MARY HOPE, ETC. (A-1)<br>Philip Silverman, Esquire<br>Speiser, Krause & Madole<br>851 National Press Building<br>Washington, D.C.  20004 | McDONNELL DOUGLAS CORP.<br>James M. FitzSimons, Esq.<br>Mendes & Mount<br>27 William Street<br>New York, New York  10005 |
| DORIS LEAH KALINSKY, ETC. (A-2)<br>F. Lee Bailey & Aaron J. Broder, Esqs.<br>350 Fifth Avenue<br>New York, New York  10001 | TURKISH AIRLINES, INC.<br>George N. Tompkins, Jr., Esquire<br>Condon & Forsyth<br>1251 Avenue of the Americas<br>New York, New York  10020 |
| FLANAGAN, WILCOX & NEILL (A-3 & A-4)<br>Lee S. Kreindler, Esquire<br>Milton G. Sincoff, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York  10016<br>MARIE S. WRIGHT (B-3)<br>McCULLOCH CAMPBELL (B-1,2,4,5, & 6)<br>  Gerald C. Sterns, Esq.<br>  Walkup, Downing & Sterns<br>  650 California Street<br>  San Francisco, California  94108 | UNITED STATES<br>Herbert H. Lyons, Esq.<br>Torts Section<br>U.S. Department of Justice<br>Washington, D.C.  20530<br><br>   DELIVER IMMEDIATELY--<br>   DO NOT OPEN IN MAILROOM |
| INCID, PEKEROL MARTO, ETC (A-5)<br>JUNE GOTTLIEB SAFRAN, ETC. (A-6)<br>ODETTE DURAND PAULY, ETC. (A-7)<br>KAMRAN CAGATAY, ETC. (A-8)<br>GARY SIDNEY RYAN (A-9)<br>REGINALD WILLIAM GILLMAN (A-10)<br>  Philip Silverman, Esq. Same as A-1 | TURK HAVA YOLLARI, A.O.<br>Phillip. D. Bostwick, Esquire<br>Shaw, Pittman, Potts & Trowbridge<br>910 17th St., N.W.<br>Washington, D.C.  20006 |
| A. STUART CASE (B-1)<br>Richard F. Krutch, Esquire<br>Vernon T. Judkins, Esq.<br>Krutch, Lindell, Donnelly, Dempcy<br>  Lageschulte & Judkins<br>1500 IBM Building<br>Seattle, Washington  98101 | GENERAL DYNAMICS<br>  Brenton F. Goodrich, Esquire<br>  Overton, Lyman & Prince<br>  550 South Flower Street<br>  Los Angeles, California  90017 |

p. _____

| Plaintiff | Defendant |
|---|---|
| HAYAL BERKOZ (B-7)<br>Oren R. Lewis, Jr., Esq.<br>Richard H. Jones, Esq.<br>Lewis, Wilson, Cowles,<br>   Cummings and LEwis<br>2054 North 14th Street<br>Arlington, Virginia | Local Counsel for McDonnell Douglas<br>Corp. (Berkoz action)<br>James S. Mathews, Esquire<br>Vandeventer, Black, Meredith<br>  & Martin<br>One Commercial Place<br>Norfolk Virginia  23510<br><br>TURKISH AIRLINES<br>TURK HAVA YOLLARI<br>   Phillip F. Belleville, Esq.<br>   A. Victor Antola, Esquire<br>   Latham & Watkins<br>   555 S Flower Street<br>   Los Angeles, Calif.  90071 |
| RAMIZ VEYSEL EGELI (B-8)<br>   Joseph V. McGrail, Esq.<br>   McGrail & Nordlund<br>   15 East Braddock Road<br>   Alexandria, Virginia  22301 | |
| HUSEYIN MUSTAFA, ETC. (B-10)<br>   Hedy Voigt, Esquire<br>   Speiser & Krause<br>   200 Park Avenue<br>   The Pan Am Building<br>   New York, New York  10017 | |

p. \_\_\_\_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. \_\_\_\_\_ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| McDonnell Douglas | B-9 |
| Turkish Airlines, Inc. | |
| Turk Hava Yollari, A.O. | |
| General Dynamics | B-1 thru B-6 |
| | |
| | |
| | |
| | |
| | |